**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-4457**

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

   v.

CHARVEZ BROOKS, a/k/a Vito,

       Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge.  (1:20-cr-00034-ELH-1)

Submitted:  May 27, 2025                          Decided:  July 30, 2025

Before NIEMEYER, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**   Meghan Skelton, SKELTONLAW, LLC, Cabin John, Maryland, for Appellant.  Kelly O. Hayes, United States Attorney, Jason D. Medinger, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charvez Brooks appeals from his 20-month sentence following conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). He raises two arguments on appeal: (1) the district court erroneously applied the doctrine of judicial estoppel to bar him from asserting a violation of his rights under the Speedy Trial Act; and (2) the district court erroneously applied various Speedy Trial Act exclusions to alternatively conclude that Brooks' statutory Speedy Trial rights were not violated.

We have reviewed the record and discern no reversible error. Accordingly, we affirm for substantially the same reasons provided by the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid in the decisional process.

*AFFIRMED*